NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALAN L. RUMPHS, II,                       )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No.  2D18-4911
                                          )
LAKWANDA RENEE JONES,                     )
                                          )
            Appellee.                     )
_____ )

Opinion filed November 20, 2019.

Appeal from the Circuit Court for Lee
County; Amy R. Hawthorne, Judge

Kristen Goss of KWG Family Legal &
Mediation Services, LLC, Ft. Lauderdale,
for Appellant.

Lakwanda Renee Jones, pro se.


PER CURIAM.


            Affirmed.


MORRIS, BLACK, and LUCAS, JJ., Concur.